# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:22-cr-64-TFM-MU |
| ) | |
| ALTON DEWAYNE PORTLOCK ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On October 24, 2022, the Defendant Alton Dewayne Portlock, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Information (Doc. 36) charging a violation of Title 18, United States Code, Section 922(g)(1), Possession of Ammunition by a Prohibited Person (Felon). *See* Docs. 39, 40. The Magistrate Judge entered a Report and Recommendation wherein he recommends the plea of guilty be accepted. *See* Doc. 41. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending sentencing.

A sentencing hearing has been scheduled for January 26, 2023 at 10:00 a.m., under separate Order (Doc. 40).

**DONE** and **ORDERED** this 15th day of November, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE